

```
 1  JOSEPH W. CHARLES, P.C.
    5704 West Palmaire Avenue
 2  P.O. Box 1737
    Glendale, Arizona 85311-1737
 3  Tel: (623) 939-6546
    Fax: (623) 939-6718
 4  Email: attyjcharles@joecharles.com

 5  Joseph W. Charles
    State Bar #003038
 6  Attorneys for Debtor/Plaintiff

 7
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William McCaffrey,<br><br>        Debtor.<br><br>William McCaffrey,<br><br>        Plaintiff,<br>vs.<br><br>Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors,<br><br>        Defendant. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-20635-SSC<br><br>**AFFIDAVIT OF WILLIAM MCCAFFREY IN SUPPORT OF PETITION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**<br><br>RE:  Real Property Located at<br>       8335 East Sutton Drive<br>       Scottsdale, AZ 85260 |

County of Maricopa    }
                              } ss.
State of Arizona        }

    I, William McCaffrey, being first duly sworn and upon oath and hereby avows, attests and affirms that:

1. I am the owner of real property within the jurisdiction of this court located at 8335 East Sutton Drive, Scottsdale, AZ 85260.

2. I purchased the property in of 2003.

3. IndyMac Bank F.S.B. was the original Lender on the loan.

4. I sought to modify my loan.

5. I was told that I would have to stop making payments to proceed in the modification process.

6. After a few months of non-payment as instructed, I was presented with a Trustee's Sale notification rather than a loan modification.

7. The Trustee Sale listed IndyMac Bank as the beneficiary.

8. I was forced to file for a Chapter 13 bankruptcy to save my home from foreclosure.

9. During the ongoing Chapter 13 process, Deutsche Bank filed a Motion for Relief From the Automatic Stay.

10. The attachments to the Motion were identical to the attachments to the Proof of Claim filed by Deutsche Bank.

11. The attachments included what was purported to be a true copy of the original note.

12. During the hearing on the Motion, the Court granted the Movant's Motion, but required the Movant to make the original note available to the plaintiff for inspection.

13. When I inspected the original note, I noticed that it was different that the note presented to the Court as a true and correct copy.

2010-06-18 15:18    Wells Fargo Bank    (480) 624-3825 >>    9494656247  P 3/3

14. I noticed a striking color difference between the note and the purported assignment. The original note was clearly aged and had turned a manila color whereas the assignment was perfectly white. Also, the purported assignment had no identifying marks on it such as a loan number, date, or name.

15. I also noticed that the note submitted to the Court had white-out on it.

16. The documents attached to the Proof of Claim and Motion For Relief From the Automatic Stay also included a transfer from IndyMac to Deutsche Bank, but I believe that IndyMac Bank did not exist on 10-13-09 and could therefore not possibly have transferred the interest to Deutsche Bank.

17. Due to a conversation with Mark Fitzpatrick (the individual who signed the purported assignment) wherein he told me that he never put a "Pay to the order of" stamp on a blank piece of paper as occurred in my situation, I believe that Deutsche Bank is filing fraudulent documents to the Court to satisfy whatever evidentiary need they may have.

DATED this 18 day of JUNE, 2010.

_____
William McCaffrey

SUBSCRIBED AND SWORN to before me this 18 day of June, 2010, by William McCaffrey.



_____
Notary Public

- 3 -