JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel: (623) 939-6546
Fax: (623) 939-6718
Email: attycharles@joscharles.com

Joseph W. Charles
State Bar #003038
Attorneys for Debtor/Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William McCaffrey,<br><br>Debtor.<br><br>William McCaffrey,<br><br>Plaintiff,<br><br>vs.<br><br>Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors,<br><br>Defendant. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-20635-SSC<br><br>Adversary No.<br><br>**AFFIDAVIT OF MARK FITZPATRICK IN SUPPORT OF PETITION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**<br><br>RE: Real Property Located at<br>8335 East Sutton Drive<br>Scottsdale, AZ 85260 |

County of Los Angeles    )
                         ) ss.
State of California      )

I, Mark Fitzpatrick, being first duly sworn and upon oath and hereby avows, attests and affirms that:

- 1 -

1. I am over 18 years of age and competent to make this affidavit.

2. I was employed by IndyMac Bank from April, 2000 to September, 2004.

3. I was employed by IndyMac Bank in the capacity of Vice President, Operations, Retail, Lending. A normal job function of mine was to execute assignments, and allonges to promissory notes.

4. I am familiar with the internal processes regarding the handling of loans for the term of my employment.

5. I have been provided a copy of that certain promissory note, by and between IndyMac Bank, FSB., and William D. McCaffrey, dated August 25, 2003, in the principal sum of $479,600.00. A copy of which is attached as "Exhibit A"

6. It appears to be my signature affixed to the last page of the note in question.

7. I always signed my name on assignments as a "wet" signature, meaning a first impression signature in ink. I never used a facsimile signature, nor did I possess a signature stamp of any kind to affix my signature to such documents.

8. When I did assign these notes, I did so at the end of the note or on the back of the note if there was insufficient room on the front never on a separate, blank sheet of paper.

9. I have not, and would not, assign a note without some kind of language or identifying mark (i.e. loan number) on the page to make it clear which loan was being made available for open assignment.

10. I believe the last page of the note which appears to contain an assignment executed by me, is not a document representative of the normal process.

- 2 -

This concludes my sworn statement.

DATED this 16th day of June, 2010.

_____
Mark Fitzpatrick

SUBSCRIBED AND SWORN to before me this 16th day of June, 2010, by Mark Fitzpatrick.

_____
Notary Public

- 3 -

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of **Los Angeles**

On **June 16, 2010** before me, **Katherine L. Cacho, Notary Public**,
personally appeared **Mark Fitzpatrick**,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: *Katherine L. Cacho*

---

**OPTIONAL**

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: **Affidavit of Mark Fitzpatrick**
Document Date: **June 16, 2010**  Number of Pages: **3**
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: **Mark Fitzpatrick**
- ☐ Corporate Officer — Title(s): _____
- ☒ Individual
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____
- ☐ Corporate Officer — Title(s): _____
- ☐ Individual
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____