OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20090043596 01/20/2009 11:50
ELECTRONIC RECORDING

90039707-2-2-2--
Yorkm

Recording requested by:

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

---

Space above this line for recorders use

TS # AZ-09-236502-TC     Order # 090039707-AZ-GTI     Loan # 1003672340
Investor No. Investor No.
0002698789

## Notice of Trustee's Sale

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated 8/25/2003 and recorded 9/2/2003 as Instrument 20031224130, Book xxx, Page xxx, in the office of the County Recorder of **MARICOPA County**, Arizona. ; and at public auction to the highest bidder:

| | |
|---|---|
| Sale Date and Time: | **4/21/2009 at 2:00:00 PM** |
| Sale Location: | At the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ |
| Legal Description: | Lot 69, Sunrise Estates Unit 2, according to plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 210 of Maps, Page 27. |
| Purported Street Address: | 8335 EAST SUTTON DRIVE, SCOTTSDALE, AZ 85260 |
| Tax Parcel Number: | 175-02-148 6 |
| Original Principal Balance: | $479,500.00 |
| Name and Address of Current Beneficiary: | Indymac Federal Bank F.S.B.<br>C/O Indymac Bank FSB<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009 |
| Name and Address of Original Trustor: | WILLIAM D. MCCAFFREY AND ELIZABETH M. MCCAFFREY, HUSBANK AND WIFE AS, COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP<br>8335 EAST SUTTON DRIVE, SCOTTSDALE, AZ 85260 |

Name and Address of Trustee/Agent:  QUALITY LOAN SERVICE CORPORATION
c/o Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
Phone: 619-645-7711
Sales Line: 714-573-1965
Login to: www.priorityposting.com

The successor trustee qualifies to act as a trustee under A.R.S. §33-803A in its capacity as a licensed Arizona escrow agent.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

Dated: 1/20/2009    QUALITY LOAN SERVICE CORPORATION

By: Jim Montes, Assistant Vice President

State of California
County of San Diego  ) ss

On **1/20/2009** before me, **A. Adams** a notary public, personally appeared **Jim Montes**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _A. Adams_ (Seal)

A. ADAMS
Commission # 1820529
Notary Public - California
San Diego County
My Comm. Expires Oct 28, 2012

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.