JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@joecharles.com

Joseph W. Charles
State Bar #003036
Attorneys for Debtor/Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 Proceedings |
| William McCaffrey, | Case No. 2:09-bk-20635-SSC |
| Debtor. | Adversary No. |
| William McCaffrey, | **AFFIDAVIT OF CHRIS SHORT IN SUPPORT OF PETITION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |
| Plaintiff, | |
| vs. | |
| Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors, | RE: Real Property Located at 8335 East Sutton Drive Scottsdale, AZ 85260 |
| Defendant. | |

County of Maricopa  }
                    } ss.
State of Arizona    }

I, Chris Short, being first duly sworn and upon oath and hereby avows, attests and affirms that:

1. The documentation necessary for a temporary restraining order was completed on the afternoon of Friday June 18, 2010.

2. I called opposing counsel's office and asked to speak with Jessica Kenney or Matthew Silverman.

3. I was transferred to Mr. Silverman's voicemail.

4. I left a message for Mr. Silverman informing him of the pending Temporary Restraining Order and asking that his client postpone the Trustee Sale believed to be scheduled for Tuesday June 22, 2010 so that we could discuss the issues leading to the Temporary Restraining Order in an effort to resolve the underlying issues.

5. As of the signing of this affidavit, I have not yet heard back from anyone from his office.

6. Further notice in this matter should not be required because of the impending deadline of the Trustee's Sale.

Further Affiant sayeth naught

DATED this 18th day of June, 2010.

Chris Short

SUBSCRIBED AND SWORN to before me this 18th day of June, 2010, by Chris Short.

Notary Public

- 2 -