**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: LawOffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtor/Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William McCaffrey,<br><br>               Debtor.<br>_____<br>William McCaffrey,<br><br>               Plaintiff,<br>vs.<br><br>Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors,<br><br>               Defendant. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-20635-SSC<br><br>Adversary No. 10-ap-01121-SSC<br><br>**CERTIFICATE OF SERVICE**<br><br>RE:  Real Property Located at<br>       8335 East Sutton Drive<br>       Scottsdale, AZ 85260 |

Joseph W. Charles, attorney for the Debtors, hereby certifies that the following documents were mailed by regular, first class United States mail, postage fully pre-paid on June 23, 2010:

1. The Temporary Restraining Order signed June 21, 2010;

2. Notice of Hearing on the Temporary Restraining Order; and

- 1 -

3. Petition for Temporary Restraining Order and Preliminary Injunction.

The Notice, Temporary Restraining Order, and the Petition for Temporary Restraining Order were mailed to:

Matthew A. Silverman
Jessica R. Kenney
McCarthy Holthus Levine
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012

Quality Loan Service Corporation
2141 5th Avenue
San Diego, CA 92101

Office of the US Trustee
230 North First Ave, Suite 204
Phoenix AZ 85003

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965
Chapter 13 Trustee

  Under penalty of perjury, I declare that the foregoing is true and correct.

  DATED this 23rd day of June, 2010.

          JOSEPH W. CHARLES, P.C.

         BY:  /s/ Joseph W. Charles
           Joseph W. Charles
           5704 West Palmaire Avenue
           P.O. Box 1737
           Glendale, Arizona 85311-1737
           Attorney for Debtors/Plaintiff

- 2 -

Case 2:10-ap-01121-SSC  Doc 8  Filed 06/23/10  Entered 06/23/10 14:43:29  Desc
Main Document  Page 2 of 2