**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: LawOffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtor/Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 Proceedings |
| William McCaffrey, | Case No. 2:09-bk-20635-SSC |
| Debtor. | Adversary No. 10-ap-01121-SSC |
| William McCaffrey, | **NOTICE OF CLARIFICATION** |
| Plaintiff,<br>vs. | RE: Real Property Located at<br>8335 East Sutton Drive<br>Scottsdale, AZ 85260 |
| Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors, | |
| Defendant. | |

Comes now the Debtor/Plaintiff, by and through counsel undersigned, and provides notice to the Court and the Defendant that there may have been a misunderstanding of the Petition in the Court's Order dated June 21, 2010.

The Court's Order stated the following:

– 1 –

According to the Debtor, the Note presented to the Court was materially different from the original Note executed by the Plaintiff when the loan was closed……

The Debtor meant to instruct the Court that the Note presented to the Court in the Proof of Claim and the Motion to Lift the Automatic Stay was different than the Note presented to the Debtor after the hearing on the Motion to Lift the Automatic Stay.  The Debtor is not alleging that the Note presented to him after the hearing is different than the one executed by the Debtor at the time of closing. The only difference the Debtor is aware of between the Note he signed and the one he viewed after the hearing is the purported assignment stapled on the back.

RESPECTFULLY SUBMITTED this 28th day of June, 2010.

JOSEPH W. CHARLES, P.C.

By   /s/ Joseph W. Charles

JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona   85311
Attorneys for Defendants

Copy of the foregoing
mailed this 28th day of
June, 2010, to:

Matthew A. Silverman
Jessica R. Kenney
McCarthy Holthus  Levine
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
Attorneys for Deutsche Bank

Quality Loan Service Corporation
2141 5th Avenue
San Diego, CA 92101

Office of the US Trustee
230 North First Ave, Suite 204
Phoenix AZ 85003

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965
Chapter 13 Trustee


 /s/ C. Short