# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | WILLIAM D. MCCAFFREY |
| **Case Number:** | 2:09-bk-20635-SSC    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 29, 2010 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

ADV: 2-10-01121

**WILLIAM D. MCCAFFREY vs DEUTSCHE BANK NATIONAL TRUST COMPANY**

EXPEDITED HEARING RE DEFENDANT TO APPEAR AND SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED AND ENTERED AGAINST IT

R / M #:   1 / 0

## Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR WILLIAM D. MCCAFFREY
MATTHEW A. SILVERMAN, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST COMPANY

## Proceedings:

Mr. Charles provided the Court with a copy of the original note.

Mr. Silverman explained that he had the original note in his office for several weeks and the information was put on the back of the last page. He noted that several people witnessed this.

Mr. Charles explained the issue involving the assignment.

The Court indicated that it needs an affidavit from counsel.

Mr. Silverman asked that a bond be put in place.

COURT: THE COURT WILL KEEP THE INJUNCTION IN PLACE AND WILL NOT REQUIRE THE
DEBTOR TO POST A BOND AT THIS TIME.

Mr. Charles requested that the lender provide a pooling agreement.

Mr. Silverman stated that would not be an issue.

COURT: IT IS ORDERED SETTING A HEARING ON PRELIMINARY INJUNCTION ON AUGUST 11, 2010 AT 1:30 P.M. ALLOWING TWO HOURS. THE PARTIES ARE DIRECTED TO FILE AN ABBREVIATED JOINT PRETRIAL STATEMENT ONE WEEK PRIOR WHICH WILL INCLUDE ANY STIPULATED FACTS AS WELL AS WHAT IS STILL IN DISPUTE.

Case 2:10-ap-01121-SSC    Doc 11    Filed 06/29/10    Entered 06/30/10 09:00:26    Desc
Main Document    Page 1 of 1