**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: LawOffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtor/Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM McCAFFREY,<br><br>              Debtor.<br>_____<br>WILLIAM McCAFFREY,<br><br>              Plaintiff,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of Residential Asset Securitization Trust Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors,<br><br>              Defendant. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-20635-SSC<br><br>Adversary No. 2:10-ap-01121-SSC<br><br>**JOINT PRETRIAL STATEMENT**<br><br>RE: Real Property Located at<br>      8335 East Sutton Drive<br>      Scottsdale, AZ 85260 |

Come now the parties and pursuant to rule 7016-1 and Court order hereby respectfully submit the following Joint Pretrial Statement in the above captioned matter.

**I. Nature of the case**

This adversarial proceeding arises out of a disagreement as to who is the actual holder of the Note and Deed of Trust on the Debtor's residence. Deutsche Bank National Trust Company ("Deutsche Bank") has previously obtained an order from this

- 1 -

Court granting them Relief from the Automatic Stay. This Court ordered Deutsche Bank to make the original note available for inspection. The Debtor, his counsel and an attorney witness viewed the note along with opposing counsel. There is a disagreement as to the appearance of the original note.

**II. Material uncontested facts**

1. The stay is currently lifted on the property.

2. The preliminary injunction is currently preventing Deutsche Bank from commencing a Trustee's Sale.

3. IndyMac Bank was the original lender on the loan in question.

**III. Contested issues of fact and law**

1. Whether the Note and Deed of Trust were ever validly transferred to Deutsche Bank.

The Debtor would like this Court to find that Mr. Fitzpatrick did not endorse the original Note creating a bearer instrument and IndyMac could not have otherwise caused the purported transfer.

Deutsche Bank would like this Court to find that the Note was properly transferred, the court's original ruling that Deutsche Bank was the proper moving party was correct and the stay should be lifted on the property.

**IV. Separate Statements of law or fact**

The Debtor believes the issue to be very concise and simple as stated in section three.

Deutsche Bank believes the issue to be very concise and simple as stated in section three.

**V. Witnesses**

The Debtor intends to call the following witnesses:

- Mark Fitzpatrick- Mr. Fitzpatrick is coming in from California to testify.
- William McCaffrey- Based on his years at Indymac Bank, Mr. McCaffrey is expected to testify as an expert regarding the loan process and the recent troubles the banks have been having. Mr. McCaffrey is also expected to testify as to his personal knowledge of all the events leading up to this adversary proceeding
- Doug Rhodes- Based on his experience as an attorney, Mr. Rhodes is expected to testify as an expert regarding the loan process and the recent troubles the banks have been having. Mr. Rhodes is also expected to testify as to his personal knowledge regarding the presentation of the Note after the hearing on the Motion for Relief of Stay.

Deutsche Bank intends to call the following witnesses:

- Suchan Murray – Assistant Vice President of Bankruptcy for IndyMac a division of One West Bank F.S.B. Mr. Murray will be testifying as to their possession / holder of the original Note, as well as, their authorities under the agreements listed under the exhibits.

**VI. Witness Declarations**

The Debtor has previously introduced the following affidavits:

- William McCaffrey
- Mark Fitzpatrick

Deutsche Bank has attached the following affidavits to this Pretrial Statement

- N/A

**VII. Depositions**

No depositions were taken in this matter.

**VIII. Estimated time for trial**

The Debtor needs only 1 day to present his evidence.

Deutsche Bank needs 2 hours to present their evidence.

**IX. Exhibits**

The exhibits contained in the prior pleadings and the affidavits contained in this Pretrial Statement are the extent of the exhibits that will be presented to the Court and each party has actual knowledge of their contents.

Deutsche Bank will be presenting the Original Note, Deed of Trust, Assignments, Limited Power of Attorney executed July 24, 2008, Limited Power of Attorney executed December 21, 2009, Limited Power of Attorney executed April 6, 2009, Certificate of Secretary of ONEWEST BANK, FSB.


  /s/ Joseph W. Charles  
Joseph W. Charles  
Attorney for the Debtor


  /s/ Matthew Silverman  
Matthew Silverman  
Attorney for Deutsche Bank National Trust Company