# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | WILLIAM D. MCCAFFREY | | |
| **Case Number:** | 2:09-bk-20635-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 11, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

**ADV: 2-10-01121**

**WILLIAM D. MCCAFFREY vs DEUTSCHE BANK NATIONAL TRUST COMPANY**

HEARING IN RE:  PRELIMINARY INJUNCTION

**R / M #:**   1 / 0

## *Appearances:*

JOSEPH W. CHARLES, ATTORNEY FOR WILLIAM D. MCCAFFREY
PAUL LEVINE, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST COMPANY

## *Proceedings:*

Mr. Levine invokes the witness rule. Mr. Charles calls Mark Fitzpatrick to the witness stand. Witness is sworn in and examined. Mr. Levine cross examines.

Mr. Charles calls Douglas Rhoads. Witness is sworn in and examined. Mr. Levine cross examines. Mr. Charles calls William McCaffrey to the witness stand. Witness is sworn in and examined. Mr. Levine cross examines, and Mr. Charles redirects. Mr. Charles moves for the admission of exhibits 2,3.4. Mr. Levine moves for the admission of exhibits A-K. At the court's request, Mr. Levine presents the court with his original documents for safe keeping.

COURT: IT IS ORDERED ADMITTING EXHIBITS 2-4, AND A-K INTO EVIDENCE. IT IS FURTHER ORDERED THAT THE DEBTOR WILL PAY THE REAL PROPERTY TAXES BY SEPTEMBER 13, 2010, AND IF THE TAXES ARE NOT PAID, THE TRUSTEE SALE MAY PROCEED. IT IS FURTHER ORDERED THAT MR. CHARLES WILL FILE A COMPLAINT WITHIN THE NEXT 24 HOURS. IT IS FURTHER ORDERED CONTINUING THIS HEARING  FOR AN ADDITIONAL HOURS TO OCTOBER 27, 2010 AT 10:00 A.M. THE COURT NOTES THAT MR. LEVINE MAY SUPPLEMENT HIS WITNESS LIST.

IT IS FURTHER ORDERED THAT THE COURT WILL PLACE MR. LEVINE'S FILE CONTAINING ORIGINAL DOCUMENTS IN THE COURT' SAFE UNTIL THE CONTINUED DATE OF THIS HEARING.