# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|--|--|
| **Debtor:** | WILLIAM D. MCCAFFREY |
| **Case Number:** | 2:09-bk-20635-SSC    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 27, 2010 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## Matter:

ADV: 2-10-01121

**WILLIAM D. MCCAFFREY vs DEUTSCHE BANK NATIONAL TRUST COMPANY**
CONTINUED HEARING IN RE:  PRELIMINARY INJUNCTION

R / M #:   1 / 0

**VACATED:  CONTINUED TO 1/13/11 AT 1:30 P.M.**

## Appearances:

NONE

## Proceedings:

VACATED: CONTINUED TO 1/13/11 AT 1:30 P.M.

Case 2:10-ap-01121-SSC   Doc 25   Filed 10/27/10   Entered 10/28/10 14:57:31   Desc
Main Document    Page 1 of 1

10/28/2010  2:57:17PM