1

2

3

4

5

6

7      **IN THE UNITED STATES BANKRUPTCY COURT**

8      **FOR THE DISTRICT OF ARIZONA**

9   In re:                                          In Proceedings Under Chapter 13

10  WILLIAM MCCAFFREY,                               Case No. 09-20635-SSC

11
            Debtor.
12

13  WILLIAM MCCAFFREY,                               Adversary No. 10-01121-SSC

14          Plaintiff,                               **ORDER GRANTING MOTION FOR
                                                     STATUS CONFERENCE**
15          vs.
                                                     **RE:  REAL PROPERTY LOCATED AT
16  DEUTSCHE BANK NATIONAL TRUST                          8335 EAST SUTTON DRIVE
    COMPANY, as Trustee of Residential Asset              SCOTTSDALE, AZ 85260**
17  Securitization Trust Series 2004-1 under the
    Pooling and Servicing Agreement dated
18  February 1, 2004, et al.,

19          Defendants.

20

21          This matter came before the Court pursuant to the "Motion For Status Conference"

22  (the "Motion"), field by Deutsche Bank National Trust Company ("Deutsche"), a defendant in the

23  above-captioned adversary proceeding (the "Adversary Proceeding").  Pursuant to the Motion,

24  Deutsche seeks a status conference to determine: (i) whether it is necessary to continue the

25  hearing presently set for January 13, 2011; and (ii) whether the Debtor is presently represented by

26  counsel.

1    Based on the Motion and the entire record before the Court, and good cause

2 appearing, the Court HEREBY ORDERS as follows:

3          A.    The Motion is granted;

4          B.    A status conference shall be held by the Court on the _____ day of

5 _____, 2010 at ____:_____ o'clock ___.M.;

6          C.    Deutsche shall serve a copy of this Order on the Debtor.

7                    **DATED AND SIGNED AS INDICATED ABOVE.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

QB\136701.00026\11982945.1