**SIGNED.**

Dated: February 28, 2011



_____
**SARAH S. CURLEY
U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| WILLIAM MCCAFFREY, | Case No. 2:09-bk-20635-SSC |
| Debtor. | |
| WILLIAM MCCAFFREY, | Adversary No. 10-01121 |
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE MARCH 1, 2011 HEARING** |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of Residential Asset Securitization Trust Series 2004-1 under the Pooling and Servicing Agreement dated February 1, 2004, et al., | **RE: REAL PROPERTY LOCATED AT 8335 EAST SUTTON DRIVE SCOTTSDALE, AZ 85260** |
| Defendants. | |

This matter came before the Court pursuant to the "Motion To Continue March 1, 2011 Hearing" (the "Motion"), field by Deutsche Bank National Trust Company ("Deutsche"), a defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"). Pursuant to the Motion, Deutsche seeks a continuance of the hearing set by the Court for March 1, 2011 at 10:00 a.m. for at least 30 days or as soon as possible thereafter.

Based on the Motion and the entire record before the Court, and good cause appearing, the Court HEREBY ORDERS as follows:

A. The Motion is granted;

B. The hearing set for March 1, 2011 at 10:00 a.m. is vacated;

C. A hearing shall be held by the Court on the 28th day of April, 2011 at 1:30 o'clock p.m.;

D. Deutsche shall serve a copy of this Order on counsel for Plaintiff.

**DATED AND SIGNED AS INDICATED ABOVE.**